*W. R. Smith, W. D. Buie,* and *E. K. Wilcox,* for defendant.

---

## KELLY *v.* KELLY.

BECK, J. This case involved the allowance of temporary alimony and the right to the custody of the children of the plaintiff and the defendant. The evidence was conflicting, and it can not be held that there was such an abuse of discretion on the part of the trial judge in the allowance of temporary alimony, and in awarding the custody of the two youngest children to the plaintiff, as to require a reversal of the judgment of the trial court. *Judgment affirmed. All the Justices concur.*

JANUARY 11, 1917.

Temporary alimony. Before Judge Graham. Montgomery superior court. May 10, 1916.

*A. C. Saffold* and *M. B. Calhoun,* for plaintiff in error.

---

## BUTTS, guardian, *v.* DEEN REALTY AND IMPROVEMENT CO.

ATKINSON, J. 1. "A mere squatter on a lot of land, without color of title or claim of right, can not defeat the title of the true owner by conveying the land to other purchasers who have full knowledge of the nature and character of the title when they purchase it, although they may have been in possession of it for seven years under such title." *Compton* v. *Newton,* 129 *Ga.* 619 (59 S. E. 270). There was evidence which would have authorized the jury to apply to this case the principle just announced; and the charge as complained of in the fourth and fifth grounds of the amended motion for new trial was such as to confuse the jury in applying the principle.

2. Certain requests to charge, as embodied in other grounds of the motion for new trial, were not themselves accurate and adjusted to the facts, and it was not erroneous to refuse them.

3. As the judgment will be reversed on account of the error in the charge dealt with in the first headnote, it is unnecessary to rule upon the general grounds of the motion for new trial.

*Judgment reversed. All the Justices concur.*

JANUARY 11, 1917.

Equitable petition. Before Judge Summerall. Ware superior court. January 29, 1916.

*J. L. Sweat,* for plaintiff.

*Wilson & Bennett* and *Parker, Walker & Parker,* for defendant.